December 14, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

NATIONAL SIGNS, LLC AND NATIONAL SIGNS HOLDING, LLC,
Appellants

NO. 14-16-00992-CV  V.

ALI RASSOULI, Appellee

_____

This cause, an appeal from the judgment confirming the arbitration award, signed December 5, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, National Signs, LLC and National Signs Holding, LLC, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.